IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| TOTAL QUALITY LOGISTICS, LLC, | : | Case No. 1:25-cv-702 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| FTL FREIGHT LLC, et al., | : | |
| Defendants. | : | |

## ORDER AND OPINION

This matter is before the Court on Plaintiff's Stipulation Regarding Amount in Controversy (Doc. 9), filed on October 13, 2025, which Plaintiff filed after Defendants removed this case from the Common Pleas Court for Clermont County, Ohio. Following Plaintiff's filing of the Stipulation Regarding Amount in Controversy, the Court understands that Plaintiff and Defendants have agreed that this Court lacks subject matter jurisdiction over this case, and that this case should be remanded back to the Common Pleas Court for Clermont County, Ohio. The Court agrees that it lacks subject matter jurisdiction over this case, based on Plaintiff's Stipulation Regarding Amount in Controversy (Doc. 9), and hereby accepts the Parties' stipulation regarding remand. Accordingly, the Court **ORDERS** the following:

1. This case is **REMANDED** to the Common Pleas Court of Clermont County, Ohio, for all further proceedings;

2. The parties **SHALL BEAR** their own costs and fees associated with removal, subject to any further order from the Common Pleas Court of Clermont County as it relates to costs and fees in this case; and

3. This case is **TERMINATED** from the Court's docket.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND

HAVE SEEN AND AGREED:

*/s/ Victor Cedeno  (authorization via email (10/10/2025)*
Victor Cedeno (admitted *pro hac vice* 10/1/2025)
Counsel for Defendants

*/s/ Matthew J. Bakota*
Matthew J. Bakota
Counsel for Plaintiff